TOWN OF NORTH HEMPSTEAD, Appellant, *v.* MYRA C. HARPER, as Administratrix of the Estate and as Trustee under a Trust of WESLEY HARPER, Deceased, et ·al., Respondents.

(Submitted May 25, 1936; decided June 2, 1936.)

*Hartford N. Gunn* for motion.

*Charles H. Kelby, Tracy S. Voorhees* and *Lawrence C. Hull, Jr.*, opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the questions sought to be reviewed cannot be raised on appeal.